UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Doreen Duhaime</u>

        v.                       Case No. 09-cv-29-PB

<u>US Social Security Administration,</u>
<u>Commissioner</u>

O R D E R

The Report and Recommendation of Magistrate Judge Muirhead dated November 30, 2009, is herewith approved for the reasons set forth therein. Plaintiff's Motion for Order Reversing Decision of Commissioner is granted. This matter is hereby remanded for further consideration.

    SO ORDERED.


December 24, 2009                        */s/ Paul Barbadoro*
                                                Paul Barbadoro
                                                United States District Judge


cc:    Jonathan P. Baird, Esq.
        T. David Plourde, AUSA